AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SERGIO GARCIA SR
    Petitioner

        v.                Civil Action No.   2:20-cv-401
                                        arising from 2:16-cr-89

UNITED STATES OF AMERICA
    Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other:  Petitioner Sergio Garcia, Sr.'s Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence is DENIED and a certificate of appealability is also DENIED. Judgment is ENTERED favor of Respondent United States of America and against Petitioner Sergio Garcia, Sr.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Philip P. Simon on an Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255.

DATE:  July 18, 2022                    GARY T. BELL, CLERK OF COURT

                                            by   s/J. Barboza
                                                    *Signature of Clerk or Deputy Clerk*